evidence to raise a triable issue that he was treated differently from any other driver who fled the scene of a car accident within the jurisdiction of the City of Page Police Department.

AFFIRMED.

Before: CANBY, NOONAN, and THOMAS, Circuit Judges.

MEMORANDUM *

For the reasons stated in *Addis v. Commissioner,* 374 F.3d 881 (9th Cir.2004), the tax court's judgment is AFFIRMED.

Gary L. WEINER, Petitioner—
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent—
Appellee.

No. 02–73609.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 25, 2004.

Decided July 8, 2004.

Steven Toscher, Hochman, Salkin & Deroy, Beverly Hills, CA, for Petitioner–Appellant.

Charles S. Casazza, Washington, DC, B. John Williams, Jr., Esq., Shearman & Sterling, LLP, Gary R. Allen, Esq., Gilbert S. Rothenberg, Esq., DOJ–U.S. Department of Justice, Tax Division/Appellate Section, Washington, DC, for Respondent–Appellee.

Jose Luis DURAN, Petitioner—
Appellant,

v.

Roy A. CASTRO, Warden,
Respondent—
Appellee.

No. 03–56374.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 7, 2004.

Decided July 12, 2004.

Michael Tanaka, Esq., Federal Public Defender'S Office, Los Angeles, CA, for Petitioner–Appellant.

Randall D. Einhorn, Esq., Office of the Attorney General, San Diego, CA, Robert R. Anderson, Depty Atty Gen, Office of the Attorney General, Department of Justice, Sacramento, CA, for Respondent–Appellee.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.